# Court of Appeals
# of the State of Georgia

ATLANTA,  November 29, 2022

*The Court of Appeals hereby passes the following order:*

**A23D0111. PURE PEACH ORGANIC, INC. v. FFD GA HOLDINGS, L LC et al.**
**A23D0135. ACC, LLC v. GEORGIA ACCESS TO MEDICAL CANNABIS COMMISSION et al.**
**A23D0136, ACC, LLC v. GEORGIA ACCESS TO MEDICAL CANNABIS COMMISSION et al.**
**A23D0140. GA BIOSCIENCE RESEARCH, INC. v. GEORGIA ACCESS TO MEDICAL CANABIS COMMISSION, et al.**
**A23D0147. ASPIRE MEDICAL PARTNERSASPIRE MEDICAL PARTNERS, LLC v. GEORGIA ACCESS TO MEDICAL CANABIS COMMISSION et al.**
**A23D0149. SYMPHONY MEDICAL, LLC v. FFD GA HOLDINGS, LLC et al.**

All of these cases raise the question of the scope and applicability of the Administrative Procedure Act. Having fully reviewed the applications and the State's response in case A23D0111, the court concludes that establishment of a precedent resolving that question is desirable. For that reason the applications are granted and the cases will be designated on our docket as related to one another.

The parties' attention is directed to Court of Appeals Rule 23 (a) which provides as to related cases:

> a brief is still required to be filed in each appeal. Parties may adopt, and are encouraged to adopt, all or a portion of another brief in the same case or from another case pending in this Court. The party adopting language from another brief shall specify precisely what portion of the other brief the party is adopting and list the case number, if different.



*Court of Appeals of the State of Georgia*
　　　*Clerk's Office, Atlanta,* __11/29/2022__

　　　*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

　　　*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*